FILED

08 FEB 20 PM 12:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0415 LAB |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Attempted Entry After Deportation |
| ISIDRO DIAZ-SANTACRUZ, | |
| Defendant. | |

The grand jury charges:

On or about January 14, 2008, within the Southern District of California, defendant ISIDRO DIAZ-SANTACRUZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

//

//

WDK:em:San Diego
2/20/08

to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant ISIDRO DIAZ-SANTACRUZ was removed from the United States subsequent to April 29, 2005.

DATED: February 20, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature] D.K.*
DOUGLAS KEEHN
Assistant U.S. Attorney