```
 1  Christian De Olivas
    CalBarNo. 249608
 2  De Olivas Law Firm, APLC
    200 N. Bradford Ave., Suite L
 3  Placentia, CA 92870
    Telephone: (714) 646-3314
 4  Facsimile:  (714) 646-3721
 5
```

FILED

FEB 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO DIAZ-SANTACRUZ,<br><br>Defendant | Case No: 3O8-mj-00112- NLS<br><br>**SUBSTITUTION OF ATTORNEY** |

ISIDRO DIAZ-SANTACRUZ _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney,

_____

DATED: 2/17/8            X  DIAZ SANTACRUZ
                            DEFENDANT
                            ISIDRO DIAZ

I consent to the above substitution.

DATED: 17 February 2008     _____
                            PRESENT ATTORNEY

08-00112-NLS

1

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 02-17-08

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED:
2-19-08

APPROVED:

UNITED STATES DISTRICT COURT MAGISTRATE

2

08-00112-NLS