Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721
Email: christian@deolivaslaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JUDGE BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO DIAZ-SANTACRUZ,<br><br>Defendant | **CASE**: 307-cr-00415-BTM-1<br>**DATE**: _04/21/08<br>**TIME**:    02:00 PM<br>**NOTICE OF MOTIONS; MOTIONS IN LIMINE** |

**NOTICE**

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, ISIDRO DIAZ-SANTACRUZ, by and through his counsel, CHRISTIAN DE OLIVAS, attorney of record will move this Court to grant the above-entitled motions.

## MOTION

The Defendant, ISIDRO DIAZ-SANTACRUZ, by and through his counsel, CHRISTIAN DE OLIVAS, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-stated motions.

**DATED**: 04/01/08        **SIGNED**: */s/ Christian De Olivas*

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
ISIDRO DIAZ-SANTACRUZ